# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| TRENT LYONS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4621 |
| DARREL VANNOY | SECTION: "A"(3) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Trent Lyons is **DISMISSED WITH PREJUDICE**.

June 12, 2018

_____
**UNITED STATES DISTRICT JUDGE**